CAUSE NO. 04-0069

| | | |
|---|---|---|
| STUDENT LOAN MARKETING ASSOCIATION, acting by and through its servicing agent SALLIE MAE SERVICING, L.P., <br> Plaintiff, <br><br> v. <br><br> BRADLEY V. WHITE, <br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE 3RD JUDICIAL DISTRICT COURT <br><br><br> IN AND FOR <br><br><br><br> HOUSTON COUNTY, TEXAS |

## FINAL DEFAULT JUDGMENT

Came on to be heard the above-entitled and numbered cause in which STUDENT LOAN MARKETING ASSOCIATION, acting by and through its servicing agent SALLIE MAE SERVICING, L.P. ("Plaintiff") is the Plaintiff and the Defendant is as follows:

Bradley V. White, 500 E. Pease, Crockett, TX 75835 ("the Defendant")

Plaintiff appeared by and through its attorney of record and announced ready for trial, and the Defendant, although duly served with citation, failed to appear or answer and wholly made default. It is the opinion of the Court that Plaintiff is entitled to judgment against the Defendant.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff have and recover of and from Defendant, judgment for:

1. $95,526.97 as the outstanding and unpaid balance due and owing to Plaintiff, including principal and accrued pre-judgment interest;
2. All costs of court;
3. $1,000.00 as a reasonable attorney's fee;
4. Post-judgment interest on the entire judgment at the rate of four (4.00%) per annum from the date of judgment until paid.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff is entitled to additional attorneys' fees as follows:

In the event of an unsuccessful appeal by the Defendant to the Court of Appeals, an additional fee of $2,500.00; in the event of an unsuccessful appeal by the Defendant to the Texas Supreme Court of Texas, an additional fee of $2,500.00.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall have all writs and process necessary to enforce this judgment.

THIS JUDGMENT FINALLY DISPOSES OF ALL PARTIES AND CLAIMS AND IS APPEALABLE.

SIGNED ON: 12-08-2005

JUDGE PRESIDING

THE STATE OF TEXAS
County of Houston

I, Carolyn Rains, District Clerk in and for Houston County, Texas do hereby certify that the foregoing is a true and correct copy as filed in this office.
Given under my hand and seal of office, this 5 day of Oct 2006

By Angela Dion, Deputy     Carolyn Rains
Carolyn Rains, District Clerk, Houston Co., Texas

**SallieMae**
www.SallieMae.com
PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

Account Number: 9766712453-1

34THJUDICIAL DIST COURT
500 N CHURCH ST
PALESTINE         TX   75801-2909

Dear 34THJUDICIAL DIST COURT,                                    11/22/06

I, DIANE KLINGES, representing
HICA EDUCATION LOAN CORPORATION, in consideration of the
funds paid by the United States of America, hereby assign to the
assignee, the judgement recovered on 12/08/05 docketed
in HOUSTON COUNTY, TEXAS, Case No. 04-0069,
against BRADLEY V WHITE.

Assignor authorizes the United States of America to ask, demand,
receive and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The assigenor's address is: HICA EDUCATION LOAN CORPORATION,
3900 W TECHNOLOGY CIRCLE,  SIOUX FALLS,  SD,
57106,  (605) 361-5051.

The Assignee's address is: United States of America, United States
Department of Health and Human Services, Debt Management Branch,
5600 Fishers Lane, Room 8B-45, Rockville, MD 20857, 301-443-1782.

I have executed this assignment at HICA EDUCATION LOAN CORPORATION,
on 11/22/06.

DIANE KLINGES
_____
(typed name of the signee)

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

Para comunicarse en Espanol con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

9766712453560958598

L115    LPDEK1    4880



**U. S. Department of Justice**

*United States Attorney*
*Eastern District of Texas*
*Financial Litigation Unit*

---

Post Office Box 1222      Phone (903) 590-1400
Tyler, Texas 75710        Fax   (903) 590-1436



December 6, 2007

U.S. District Clerk
P.O. Box 3507
Beaumont, Texas 77704

      RE:  United States v. Bradley V. White. D.C.
           Court No. 1:07MC *13*

Dear Clerk:

    Enclosed please find one original certified state court Judgment, Houston County, Texas, plus two copies for registration in the above-captioned case. The Assignment is attached to the judgment.

    Authorization to register the Judgment in Federal Court is provided under Public Law 102-408, Section 707(h)(3).

    Please return a file-marked copy to our office in the enclosed postage-paid envelope. Thank you.

                                    Sincerely,

                                    JOHN L. RATCLIFFE
                                  ACTING UNITED STATES ATTORNEY

                                  *Kathy Nash*
                                  Kathy Nash
                                  Financial Litigation Agent

Encs.